UNITED STATES PRETRIAL SERVICES
Southern District of Texas, Corpus Christi

# memorandum

United States Courts
Southern District of Texas
FILED

AUG 2 6 2005

Michael N. Milby, Clerk of Court

Date: August 26, 2005

To: Brian L. Owsley, U.S. Magistrate Judge

Reply to
Attn of: Arturo G. Sanchez *AGS*
U.S. Pretrial Services Officer

Subject: Lara Ryan Garcia
C: 05-474 (01)

On 8-15-05, the above listed defendant appeared before the Court and was ordered released on a $30,000/$500 cash deposit bond with pretrial services supervision in Dallas. It was later learned from the 3rd party custodian, Maria Acuna, that their apartment is in Arlington, not Dallas, as previously reported by the defendant. As a result, the defendant's supervision will be handled by U.S. Pretrial Services in Fort Worth.

Pretrial Services respectfully recommends the defendant now be supervised by Pretrial Services in Fort Worth instead of Dallas as initially ordered by the Court. In addition, the defendant's travel conditions should also be modified to consist of restriction to the Fort Worth division with permission to travel to Corpus Christi for court hearings, attorney visits, material witness depositions and status conferences.

The Court (concurs)/does not concur:

_____        8/26/05
Brian L. Owsley, U.S. Magistrate Judge    Date

